JOYCE C. WANG [Bar No.: 121139; jwang@ccplaw.com]
CHRISTOFER C. NOLAN [Bar No.: 229542; cnolan@ccplaw.com]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone: (415) 391-3911
Facsimile: (415) 391-3898

Attorneys for Defendant
AFFILIATED FM INSURANCE COMPANY

FILED
2008 JAN 17 P 2: 09
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

E-FILING
ADR

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| THRESHOLD ENTERPRISES, LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AFFILIATED FM INSURANCE COMPANY, a Rhode Island corporation, and DOES 1 through 30,<br><br>Defendants. | CASE NO.: C08-00327 PVT<br><br>**DEFENDANT AFFILIATED FM INSURANCE COMPANY'S CERTIFICATION OF INTERESTED NON-PARTY ENTITIES OR PERSONS**<br><br>**JURY TRIAL DEMANDED** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION; AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendant AFFILIATED FM INSURANCE COMPANY certifies that the following listed non-parties may have a potential pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

---

DEFENDANT'S CERTIFICATION OF INTERESTED NON-PARTY ENTITIES OR PERSONS
CASE NO.:

1.   FMIC HOLDINGS, INC.;
2.   FM INSURANCE COMPANY LIMITED;
3.   MUTUAL BOILER RE; and
4.   FM GLOBAL.

DATED: January 17, 2008

CARLSON, CALLADINE & PETERSON LLP

By: *[signature]*
JOYCE C. WANG
Attorneys for Defendant AFFILIATED FM
INSURANCE COMPANY

2

DEFENDANT'S CERTIFICATION OF INTERESTED NON-PARTY ENTITIES OR PERSONS
CASE NO.:

**PROOF OF SERVICE BY MAIL**
(Code of Civil Procedure §§ 1013a(3) & 2015.5)

I, the undersigned, declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is CARLSON, CALLADINE & PETERSON LLP, 353 Sacramento Street, 16th Floor, San Francisco, California 94111.

On January 17, 2008, I served the attached:

**DEFENDANT AFFILIATED FM INSURANCE COMPANY'S CERTIFICATION OF INTERESTED NON-PARTY ENTITIES OR PERSONS - JURY TRIAL DEMANDED**

on the person(s) named below in said cause, by placing a true copy thereof enclosed in an envelope with postage prepaid fully thereon. Said envelope(s) were thereafter deposited with the United States Postal Service at San Francisco, California, in accordance with this firm's business practice for collection and processing correspondence for mailing, with which I am personally and readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business. Said envelope(s) were addressed as follows:

Dawn S. Pittman, Esq.
Morgan, Lewis & Brockius LLP
One Market St., Spear Street Tower
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on January 17, 2008.

*/s/ Margie Jones*
Margie Jones

DEFENDANT'S CERTIFICATION OF INTERESTED NON-PARTY ENTITIES OR PERSONS
CASE NO.: