1  JOYCE C. WANG [Bar No.: 121139; jwang@ccplaw.com]
   CHRISTOFER C. NOLAN [Bar No.: 229542; cnolan@ccplaw.com]
2  CARLSON, CALLADINE & PETERSON LLP
   353 Sacramento Street, 16th Floor
3  San Francisco, California 94111
   Telephone: (415) 391-3911
4  Facsimile: (415) 391-3898

   E-FILING

5  Attorneys for Defendant
   AFFILIATED FM INSURANCE COMPANY

   FILED

   2008 JAN 17 P 2: 10

   RICHARD W. WIEKING
   CLERK
   U.S. DISTRICT COURT
   NO. DIST. OF CA. S.J.

   ADR

8                    UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION

11  THRESHOLD ENTERPRISES, LTD., a      ) CASE NO. C 08 00327 PVT
12  Delaware corporation,                )
                                         )
13           Plaintiff,                  ) DECLARATION OF LYLE LEISER IN
                                         ) SUPPORT OF AFFILIATED FM
14      vs.                              ) INSURANCE COMPANY'S REMOVAL
                                         ) OF ACTION TO UNITED STATES
15  AFFILIATED FM INSURANCE              ) DISTRICT COURT FOR THE
    COMPANY, a Rhode Island corporation, ) NORTHERN DISTRICT OF
16  and DOES 1 through 30,               ) CALIFORNIA – SAN JOSE DIVISION
                                         )
17           Defendants.                 )
                                         )
18  _____ )

19

20      I, LYLE LEISER, do hereby declare as follows:

21      1.    I have been employed by Affiliated FM Insurance Company ("Affiliated FM")
22  since approximately May 6, 2002. I am currently a Senior Adjuster at Affiliated FM in the
23  company's Bellevue, Washington office and have held this position since I began my employment
24  with Affiliated FM. I submit this declaration in support of Affiliated FM's removal of this action
25  to United States District Court for the Northern District of California, San Jose Division. I have
26  personal knowledge of the facts stated herein, except where explicitly stated to the contrary, and if
27  called as a witness, I could and would testify competently thereto.

28

DECLARATION OF LEISER IN SUPPORT OF REMOVAL TO THE U.S.D.C. (N.D. CAL.)

2.  As a result of a December 19, 2005 roof collapse at a warehouse facility in Scott's Valley, California, the plaintiff in this case, Threshold Enterprises, Ltd. ("Threshold"), has been and continues to pursue an insurance claim with Affiliated FM for damaged raw materials and business interruption expenses. To date, Affiliated FM has paid approximately $186,110.38 to Threshold in property damage claims (above the deductible) and $212,853.00 in business interruption expenses that are covered under the applicable policy.

3.  As part of Affiliated FM's continued evaluation of this claim, on September 17, 2007, I personally attended a presentation conducted by LECG, which is a forensic accounting firm retained by Threshold, at the offices of Threshold's attorney, Dawn S. Pittman, Esq., of the law firm of Morgan, Lewis & Bockius, LLP, in San Francisco, California. In the course of this presentation, Threshold and LECG produced a document entitled "Roof Collapse Insurance Claim" as a means of illustrating the lost business income revenue that Threshold claims in this case.

4.  On page 15 of 32 of the report, a true and correct copy of which is attached hereto as **Exhibit A**, Threshold presented a "Business Interruption Summary" totaling $1,851,148.00 as part of its overall claim of business interruption expenses. This amount claimed by Threshold, which it is seeking by means of this lawsuit, is $1,638,295.00 over and above that which Affiliated FM has already paid, and that which it believes is owed, to Threshold pursuant to the applicable policy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2008 at Bellevue, Washington.

Lyle Leiser

134792

2

DECLARATION OF LEISER IN SUPPORT OF REMOVAL TO THE U.S.D.C. (N.D. CAL.)

**PROOF OF SERVICE BY MAIL**
(Code of Civil Procedure §§ 1013a(3) & 2015.5)

I, the undersigned, declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is CARLSON, CALLADINE & PETERSON LLP, 353 Sacramento Street, 16th Floor, San Francisco, California 94111.

On January 17, 2008, I served the attached:

**DECLARATION OF LYLE LEISER IN SUPPORT OF AFFILIATED FM INSURANCE COMPANY'S REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

**JURY TRIAL DEMANDED**

on the person(s) named below in said cause, by placing a true copy thereof enclosed in an envelope with postage prepaid fully thereon. Said envelope(s) were thereafter deposited with the United States Postal Service at San Francisco, California, in accordance with this firm's business practice for collection and processing correspondence for mailing, with which I am personally and readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business. Said envelope(s) were addressed as follows:

Dawn S. Pittman, Esq.
Morgan, Lewis & Brockius LLP
One Market St., Spear Street Tower
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on January 17, 2008.

_/s/ Margie Jones_
Margie Jones

# THRESHOLD

Roof Collapse Insurance Claim
Date of Loss: December 19, 2005
Business Interruption Summary

BI Summary

| Period | Lost Sales | Non-continuing Expenses | Lost Earnings from Lost Sales | Lost Earnings on Actual Manufacturing Sales | Total Lost Earnings |
|---|---|---|---|---|---|
| | Sch 1, May Summary | Sch 2, May Summary | | Sch 3, 4, May Summary | |
| | a | b | c=a-b | d | e=c+d |
| December 16-31, 2005 | $ | $ | $ | $ | $ |
| January 2006 | | | | | |
| February 2006 | | | | | |
| March 2006 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| April 2006 | | | | | |
| May 1-4, 2006 | | | | | |
| Total | $ | $ | $ | $ | $ 1,798,141 |

Professional Fees through August 2007 *Sch 5*  $  53,007

Total Claimed  $ 1,851,148