UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRESHOLD ENTERPRISES, LTD., a Delaware corporation<br><br>Plaintiff(s),<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY, a Rhode Island corporation, and DOES 1-30,<br><br>Defendant(s)._____ / | No. C 08 00327 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/30/08

Signature _____ (Wang)

Counsel for Def. Affiliated FM Insurance
(Plaintiff, Defendant, or indicate "pro se")