UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 9, 2008
**Case Number:** CV-08-327-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          **THRESHOLD ENTERPRISES   V.   AFFILIATED FM INSURANCE**

                        **PLAINTIFF                                     DEFENDANT**


  **Attorneys Present:  Jessica Scheppmann, Dawn Pittman   Attorneys Present: Joyce Wang**

---

PROCEEDINGS:

   Case management conference held.  Parties are present. The parties are referred to court mediation, to be completed by 8/15/08.  Continued to 8/15/08 at 10:30 a.m. for further case management conference.