# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Threshold Enterprises, LTD., <br><br>        Plaintiff(s), <br><br>v. <br><br>Affiliated FM Insurance Company, <br><br>        Defendant(s). | 08-00327 JF MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

      The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Sue J. Stott**
> Thelen Reid Brown Raysman & Steiner, LLP
> 101 Second St., Suite 1800
> San Francisco, CA 94105-3606
> 415-369-7712

      Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00327 JF MED        - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 29, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov