**FILED**
AUG 0 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Threshold Enterprises, LTD., | No. C 08-00327 JF MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Affiliated FM Insurance Company, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) July 29, 2008.

2. Did the case settle?  ☐ fully  ☐ partially  ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☒ YES  ☐ NO

Dated: July 29, 2008

_____
Mediator, Sue J. Stott
Thelen Reid Brown Raysman & Steiner, LLP
101 Second St., Suite 1800
San Francisco, CA 94105-3606

**Certification of ADR Session**
08-00327 JF MED