**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, August 15, 2008
**Case Number:** CV-08-327-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | **THRESHOLD ENTERPRISES** | V. | **AFFILIATED FM INSURANCE** |
|---|---|---|---|
| | **PLAINTIFF** | | **DEFENDANT** |
| | **Attorneys Present: Graham Mills** | | **Attorneys Present: Joyce Wang** |

PROCEEDINGS:

   Further case management conference held. Parties are present. The Court adopts the proposed case schedule. The case is set for jury trial on 6/1/09 at 1:30 p.m. and pretrial conference on 5/11/09 at 11:00 a.m.