1  DAWN S. PITTMAN, Bar No. 177962
   GRAHAM C. MILLS, Bar No. 233261
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, California 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Plaintiff
   THRESHOLD ENTERPRISES LTD.
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11 THRESHOLD ENTERPRISES, LTD., a            )  CASE NO.: CV 08-00327 JF
   Delaware corporation,                     )
12                                           )  [PROPOSED] STIPULATED ORDER
              Plaintiff,                     )
13                                           )  **Local Rules of Court, Rule 6-2**
         vs.                                 )
14                                           )
   AFFILIATED FM INSURANCE                   )  Judge:           Honorable Jeremy Fogel
15 COMPANY, a Rhode Island corporation, and  )
   DOES 1 through 30,                        )  Magistrate Judge: Honorable Patricia V.
16                                           )                    Trumbull
              Defendants.                    )
17                                           )  Original State Action Filed: December 17,
                                             )                               2007
18                                           )
                                             )
19

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20904268.2
STIPULATED ORDER

PURSUANT TO LOCAL RULES OF COURT, RULE 6-2, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Threshold Enterprises, LTD., ("Threshold") and Defendant Affiliated FM Insurance Company ("Affiliated") (together, "the Parties") through their counsel as follows:

1. The current non-expert discovery cut-off date of December 12, 2008 is hereby vacated.

2. The non-expert discovery cut-off date is re-set to February 13, 2009.

3. The Parties are not permitted to serve any further written discovery requests to each other. The deadline for the Parties to serve their responses to all currently pending written discovery requests shall be determined by agreement between the parties. The Parties are not required to file the agreement regarding the response date for currently pending discovery with the Court.

4. The current expert discovery cut-off date of February 13, 2009 is hereby vacated.

5. The expert discovery cut-off date is re-set to March 13, 2009.

6. The deadline for the Parties to exchange expert report(s) is February 27, 2009.

7. The Parties enter into this Stipulated Order to allow for further confidential settlement discussions in an effort to resolve this litigation prior to trial.

8. The Parties believe that the Court's approval of this Stipulated Order would be beneficial to the Parties by providing them with additional time to engage in confidential settlement discussions without also simultaneously engaging in non-expert discovery. The Parties believe that the Court's approval of this Stipulated Order would not require a change in any other deadline established by this Court, such as the trial date for this case.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 18, 2008

MORGAN, LEWIS & BOCKIUS LLP
DAWN S. PITTMAN
GRAHAM C. MILLS

By: /s/ Graham C. Mills
Graham C. Mills
Attorneys for Threshold Enterprises, LTD.

Dated: November ___, 2008

CARLSON, CALLADINE, & PETERSON LLP
JOYCE C. WANG

By: _____
Joyce C. Wang
Attorneys for Affiliated FM Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 19, 2008

/s/ Jeremy Fogel
Honorable Jeremy Fogel

1
2  IT IS SO STIPULATED AND AGREED.
3
4
5
6  Dated: November ____, 2008           MORGAN, LEWIS & BOCKIUS LLP
                                        DAWN S. PITTMAN
7                                       GRAHAM C. MILLS
8                                       By: _____
                                             Graham C. Mills
9                                       Attorneys for Threshold Enterprises, LTD.
10
   Dated: November _18_, 2008           CARLSON, CALLADINE, & PETERSON LLP
11                                      JOYCE C. WANG
12
13                                      By: _____
                                             Joyce C. Wang
14                                      Attorneys for Affiliated FM Insurance Company
15
16
17 PURSUANT TO STIPULATION, IT IS SO ORDERED.
18
19 Dated: November ____, 2008
20                                      _____
                                        Honorable Jeremy Fogel
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20904268.2                          3
                                  STIPULATED ORDER