| | |
|---|---|
| 1 | DAWN S. PITTMAN, Bar No. 177962 |
| | GRAHAM C. MILLS, Bar No. 233261 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, California 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| 5 | Attorneys for Plaintiff |
| | THRESHOLD ENTERPRISES LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THRESHOLD ENTERPRISES, LTD., a Delaware corporation, | CASE NO.: CV 08-00327 JF |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | Fed. R. Civ. Proc., R. 41(a)(1); Local Rules of Court, Rule 77-2(c) |
| AFFILIATED FM INSURANCE COMPANY, a Rhode Island corporation, and DOES 1 through 30, | Judge: Honorable Jeremy Fogel |
| Defendants. | Magistrate Judge: Honorable Patricia V. Trumbull |
| | Original State Action Filed: December 17, 2007 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20936919.1

STIPULATION OF DISMISSAL

1   IT IS HEREBY STIPULATED by and between Plaintiff Threshold Enterprises, LTD.,
2   and Defendant Affiliated FM Insurance Company, through their counsel, that the above-captioned
3   action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure,
4   Rule 41(a)(1).

**IT IS SO STIPULATED AND AGREED.**

MORGAN, LEWIS & BOCKIUS LLP
DAWN S. PITTMAN
GRAHAM C. MILLS

Dated: January 8, 2009          By: _/s/ Dawn S. Pittman_
                                Dawn S. Pittman
                                Attorneys for Threshold Enterprises, LTD.

CARLSON, CALLADINE, & PETERSON LLP
JOYCE C. WANG

Dated: January 8, 2009          By: _/s/ Joyce C. Wang_
                                Joyce C. Wang
                                Attorneys for Affiliated FM Insurance
                                Company

**PURSUANT TO STIPULATION, THIS DISMISSAL IS ENTERED.**

Dated: 1/14/09                  ~~Clerk~~- JEREMY FOGEL
                                U.S. District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20936919.1

2

STIPULATION OF DISMISSAL